**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| REBEKAH BAGNATA, | : | CIVIL NO.: 1:25-cv-01716 |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| FRANK BISIGNANO,<br>Commissioner of Social Security, | :<br>: | |
| | : | |
| Defendant. | : | |

**ORDER**
September 30, 2026

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the Commissioner's decision is **VACATED**, and the case is **REMANDED** to the Commissioner pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with the Memorandum Opinion and this Order. After entering judgment in favor of Bagnata and against the Commissioner as set forth in the prior sentence, the Clerk of Court shall close this case.

***S/Susan E. Schwab***
Susan E. Schwab
United States Magistrate Judge